### THE CENTRAL BRANCH UNION PACIFIC RAILROAD COMPANY v. BASIL YOUNG.

At the April Term, 1878, of the district court of Jackson county, *Young* recovered a judgment against the *C. B. U. P. Rld. Co.* for the sum of $32.50 damages for killing a cow belonging to said plaintiff, and for the further sum of $32.50 as an attorney's fee, and for costs of suit, taxed at $55.20. The *Railroad Company* brings the case here.

*D. Martin*, for plaintiff in error.

*Hayden & Hayden*, for defendant in error.

*Per Curiam:* The above case is affirmed, on the authority of the following decisions: *K. P. Rly. Co. v. Kunkel*, 17 Kas. 145; *Mo. R. Ft. Scott & Gulf Rld. Co. v. Shirley*, 20 Kas. 660; *Winter v. Sass*, 19 Kas. 556; *State v. Comstock*, 20 Kas. 650; *K. P. Rly. Co. v. Ball*, 19 Kas. 535.